

**ORDERED in the Southern District of Florida on June 6, 2019.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**IN RE:**

| | |
|---|---|
| **MARIA DEL PILAR REYES SANTAMARIA** | **CASE NO.: 18-25939-JKO** |
| *aka* **MARIA D REYES** | **CHAPTER: 13** |
| *aka* **MARIA REYES** | |
| *aka* **MARIA DEL PILAR REYES** | |
| *dba* **SANTAMARIA DESIGNS** | |

     **DEBTOR(S).**
_____/

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

**THIS CAUSE** came before the Court for a hearing on June 3, 2019 on the *Motion for Relief from Stay* [DE#35] filed by **Wells Fargo Bank, N.A.** (the "Movant") on April 23, 2019. As no opposition to the Motion was presented to the Court, it is hereby:

    **ORDERED:**

      1.    The *Motion for in Rem Relief from Automatic Stay* is GRANTED.

      2.    The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to the real property known as:

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF **BROWARD** STATE OF **FLORIDA**, DESCRIBED AS FOLLOWS:

Lot 1, less the West 2 feet thereof, Block 35, IMPERIAL POINT, SECTION 4, according to the plat thereof, recorded in Plat Book 56, Page 11, of the Public Records of Broward County, Florida.

**AKA: 6501 NE 20th Ter, Fort Lauderdale, FL 33308-1017 (the "Subject Property")**

3. This order lifting the automatic stay is entered for the purpose of allowing Movant to pursue its lawful *in rem* remedies as to the above described property and said Movant shall neither seek nor obtain an *in personam* judgment against the Debtor.

4. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor(s).

5. This Order is entered for the sole purpose of allowing Movant, its successors and/or assigns, to commence and/or continue through judgment, sale, certificate of title and possession, a foreclosure against the property described above. Movant may also commence and/or continue to pursue loss mitigation options, including, but not limited to, forbearance, loan modification, refinance, and deed in lieu of foreclosure.

###

*Attorney, Jeffrey Fraser, Esq. shall serve a copy of the signed order on all required parties and file a certificate of service as required under Local Rule 2002-1(F).*

**Submitted by:**
Jeffrey S. Fraser, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2499
Facsimile: (813) 221-9171
Bkfl@albertellilaw.com

2